IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RAY CHRIS MOBLEY,**
    **Plaintiff,**

**vs.**      **Case No. 5:09cv332/RS/MD**

**FRANK MCKEITHEN, et al.,**
    **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff, proceeding *pro se* and *in forma pauperis*, initiated this action on October 2, 2009 by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On February 24, 2010, this court issued an order advising plaintiff that his complaint was not in proper form and that some, if not all of his claims were subject to dismissal. (Doc. 6). Plaintiff was given twenty-eight (28) days in which to file either an amended complaint or a notice of voluntary dismissal, and was warned that failure to do so would result in a recommendation that this case be dismissed. Since that time, the court has granted plaintiff several extensions of time in which to comply with the order. (Docs. 8, 10, 16, 19). The last extended deadline passed on July 16, 2010, with no response from plaintiff.

Accordingly, on August 5, 2010, the court issued an order directing plaintiff to show cause within fourteen (14) days why his case should not be dismissed for failure to comply with an order of the court. (Doc. 20). That deadline has passed, and plaintiff has neither responded to that order, nor complied with the court's February 24, 2010 order.

**Accordingly, it is respectfully RECOMMENDED:**

1. That this cause be **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

**DONE AND ORDERED this 7th day of September, 2010.**

/s/ *Miles Davis*
 **MILES DAVIS
 UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.** <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control**</u>**. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**