**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RAY CHRIS MOBLEY**

    **Plaintiff,**

**vs.**                                            **CASE NO. 5:09-cv-332/RS-MD**

**FRANK MCKEITHEN, et al.,**

    **Defendants.**

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21) regarding the Order to Show Cause (Doc. 20). Plaintiff has not responded.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The case is **dismissed without prejudice**.

3. The clerk is directed to close the file.

**ORDERED** on October 6, 2010

                                                     /S/ Richard Smoak
                                                     **RICHARD SMOAK
                                                     UNITED STATES DISTRICT JUDGE**