**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


RAY CHRIS MOBLEY,


vs.                                             CASE NO. 5:09cv332/RS-MD

FRANK MCKEITHEN, et al,

      Defendants.
_____/

**ORDER**

Plaintiff's Motion To Amend (Doc. 25) is **denied**.


**ORDERED** on June 14, 2011.


/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**