IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

vs.                                          CASE NO. 5:09cv332/RS-MD

FRANK MCKEITHEN, et al,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion To Vacate Default (Doc. 28). This case was dismissed without prejudice pursuant to the Magistrate Judge's Report and Recommendation because of Plaintiff's failure to comply with an order of the court. Plaintiff was granted several extensions of time but never did comply with the Magistrate Judge's Order. He then filed no objections to the Magistrate Judge's Report and Recommendation.

Plaintiff's Motion To Vacate Default (Doc. 28) is **denied**

**ORDERED** on June 21, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**