IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

vs.                                                                    CASE NO. 5:09cv332/RS-MD

FRANK MCKEITHEN, et al,

       Defendants.
_____/

## ORDER

Plaintiff's Motion To Vacate Default (Doc. 33) is **denied**.

**ORDERED** on July 7, 2011.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**